| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LEISURE, PETER K | 2. Court or Organization<br><br>U.S.D.C. - SO. DIST. OF NY | 3. Date of Report<br><br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR US DIST JUDGE SO DIS NY | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial   ● Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>US COURTHOUSE<br>500 PEARL STREET, ROOM 1910<br>NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 16 2 52 PM '05
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. WYETH COM STOCK | A | Dividend | K | T | | | | | |
| 2. JP MORGAN CHASE COM STOCK | A | Dividend | J | T | | | | | |
| 3. CIGNA COM STOCK | A | Dividend | J | T | | | | | |
| 4. IBM COM STOCK | A | Dividend | J | T | | | | | |
| 5. 3M COM STOCK | A | Dividend | K | T | | | | | |
| 6. EXXON MOBIL COM STOCK | A | Dividend | K | T | | | | | |
| 7. PEPSICO COM STOCK | A | Dividend | K | T | | | | | |
| 8. EDISON INT'L COM STOCK | A | Dividend | J | T | | | | | |
| 9. UNION PACIFIC COM STOCK | A | Dividend | K | T | | | | | |
| 10. CITIBANK CHECKING | | None | K | T | | | | | |
| 11. 9.759% INT. IN DAVID WARD HEIRS OIL & GAS (WV) | D | Royalty | K | W | | | | | |
| 12. | A | Interest | | | | | | | |
| 13. 11.8962% INT. IN DAVID WARD HEIRS COAL (WV) | A | Interest | J | W | | | | | |
| 14. | B | Royalty | | | | | | | |
| 15. | D | Distribution | | | | | | | |
| 16. KANAWHA & ELK RR Co. COM STOCK | | None | J | W | | | | | |
| 17. BAXTER INT'L.COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 18. FOREST LABS COM STOCK (IRA) | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimate | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. FOREST LABS COM STOCK | | None | N | T | PARTIAL SELL | 02-09 | L | F | |
| 20. CAREMARK RX INC COM STOCK (IRA) | | None | J | T | | | | | |
| 21. MERCURY EXPL.CO. /QUICKSILVER PIPELINE/DOMINION (MI) | D | Royalty | J | W | | | | | |
| 22. FIRSTENERGY CORP COM STOCK | A | Dividend | J | T | | | | | |
| 23. CITIBANK SUPER YIELD MONEY MARKET | B | Interest | M | T | | | | | |
| 24. MORGAN STANLEY COM STOCK | A | Dividend | J | T | | | | | |
| 25. XEROX CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 26. CITIBANK CHECKING | | None | K | T | | | | | |
| 27. INTEL CORP COM STOCK | A | Dividend | | | SELL | 2-23 | L | | |
| 28. MICROSOFT CORP COM STOCK | D | Dividend | L | T | PARTIAL SELL | 12-14 | K | | |
| 29. GENERAL ELECTRIC COM STOCK (IRA) | A | Dividend | K | T | | | | | |
| 30. 12.5% INT IN WARD HEIR MINERAL RIGHTS (MI) | F | Royalty | M | W | | | | | |
| 31. | A | Interest | | | | | | | |
| 32. MICROSOFT CORP COM STOCK | A | Dividend | J | T | | | | | |
| 33. ORACLE CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 34. EMC CORPORATION COM STOCK (IRA) | | None | | | SELL | VAR | K | | |
| 35. ANADARKO PETE COM STOCK | A | Dividend | J | T | | | | | |
| 36. BP AMOCO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. DIRECT TV GROUP INC (formerly HUGHES ELEC. CORP.) COM STOCK | | None | J | T | | | | | |
| 38. APPLE COMPUTER COM STOCK (IRA) | | None | J | T | | | | | |
| 39. ALLIANCEBERNSTEIN PRIME B MONEY MKT (IRA) | A | Dividend | J | T | | | | | |
| 40. AMAZON COM COM STOCK (IRA) | | None | | | SELL | VAR | K | E | |
| 41. BROADCOM CORP CALIF CL A COM STOCK (IRA) | | None | | | SELL | 2-23 | J | | |
| 42. MOTOROLA COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 43. NORTEL NETWORKS CORP NEW COM STOCK (IRA) | | None | J | T | | | | | |
| 44. TEXAS INSTRUMENTS COM STOCK (IRA) | A | Dividend | | | SELL | 2-23 | J | | |
| 45. RMA NY MONEY FUND | A | Dividend | K | T | | | | | |
| 46. CISCO SYS INC COM STOCK | | None | K | T | BUY | 4-05 | K | | |
| 47. | | | | | PARTIAL SELL | VAR | K | B | |
| 48. WYETH COM STOCK | A | Dividend | J | T | | | | | |
| 49. ANHEUSER BUSCH COS INC COM STOCK | A | Dividend | | | SELL | VAR | J | A | |
| 50. TIME WARNER INC COM STOCK | | None | J | T | | | | | |
| 51. AUTOMATIC DATA PROCESSING COM STOCK | A | Dividend | J | T | | | | | |
| 52. CITIGROUP INC COM STOCK | A | Dividend | J | T | | | | | |
| 53. GANNETT CO COM STOCK | A | Dividend | J | T | | | | | |
| 54. GENL ELECTRIC CO COM STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. INTL BUSINESS MACH COM STOCK | A | Dividend | J | T | | | | | |
| 56. KIMBERLY CLARK CORP COM STOCK | A | Dividend | J | T | | | | | |
| 57. LIBERTY MEDIA CORP CL A COM STOCK | | None | | | SELL | 7-27 | J | | |
| 58. LIZ CLAIBORNE INC COM STOCK | A | Dividend | J | T | | | | | |
| 59. MBIA INC COM STOCK | A | Dividend | J | T | | | | | |
| 60. MERRILL LYNCH & CO COM STOCK | A | Dividend | J | T | | | | | |
| 61. PEPSICO INC COM STOCK | A | Dividend | J | T | | | | | |
| 62. PFIZER INC COM STOCK | A | Dividend | J | T | | | | | |
| 63. CONOCO PHILLIPS COM STOCK | A | Dividend | J | T | | | | | |
| 64. SOUTHWEST AIRLINES CO COM STOCK | A | Dividend | J | T | | | | | |
| 65. WACHOVIA CORP COM STOCK | A | Dividend | J | T | | | | | |
| 66. WAL MART STORES INC COM STOCK | A | Dividend | J | T | PARTIAL SELL | 7-2 | J | A | |
| 67. RMA MONEY MKT PORTFOLIO | A | Dividend | J | T | | | | | |
| 68. AMER INTL GROUP INC COM STOCK | A | Dividend | J | T | | | | | |
| 69. AMGEN INC COM STOCK | | None | J | T | | | | | |
| 70. CISCO SYS INC COM STOCK | | None | J | T | | | | | |
| 71. GENL ELECTRIC CO COM STOCK | A | Dividend | J | T | | | | | |
| 72. INTL BUSINESS MACH COM STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. JOHNSON & JOHNSON COM STOCK | A | Dividend | J | T | | | | | |
| 74. MBNA CORP COM STOCK | A | Dividend | J | T | | | | | |
| 75. MEDTRONIC INC COM STOCK | A | Dividend | J | T | | | | | |
| 76. MICROSOFT CORP COM STOCK | A | Dividend | J | T | | | | | |
| 77. NOKIA CORP SPONS ADR FINLAND | A | Dividend | | | SELL | VAR | J | | |
| 78. ORACLE CORP COM STOCK | | None | J | T | | | | | |
| 79. PEPSICO INC COM STOCK | A | Dividend | J | T | | | | | |
| 80. PFIZER INC COM STOCK | A | Dividend | J | T | | | | | |
| 81. SYSCO CORP COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 82. | | | | | PARTIAL SELL | VAR | J | A | |
| 83. TARGET CORP COM STOCK | A | Dividend | J | T | | | | | |
| 84. RMA MONEY MARKET PORTFOLIO | A | Dividend | J | T | | | | | |
| 85. COLGATE PALMOLIVE CO COM STOCK | A | Dividend | J | T | BUY | 10-20 | J | | |
| 86. STATE STREET CORP COM STOCK | A | Dividend | | | SELL | VAR | J | A | |
| 87. TEXAS INSTRUMENTS COM STOCK | A | Dividend | J | T | | | | | |
| 88. WAL MART STORES INC COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 89. WALGREEN CO COM STOCK | A | Dividend | | | SELL | VAR | J | | |
| 90. UBS RET MONEY FUND (IRA) | A | Dividend | | | CLOSE | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. ALCATEL ASTHOM COMPAGNIE ADR (IRA) | | None | J | T | | | | | |
| 92. ARCHER DANIELS MIDLAND CO (IRA) | | None | | | SELL | 1-5 | J | A | |
| 93. BAE SYSTEMS PLC SPON ADR (IRA) | A | Dividend | J | T | | | | | |
| 94. BRASIL TELECOM PARTICIPACOES ADR (IRA) | A | Dividend | J | T | | | | | |
| 95. CENTRAIS ELECTRICAS BRAS SA ADR (IRA) | A | Dividend | J | T | | | | | |
| 96. EON AG SPON ADR SPON (IRA) | A | Dividend | J | T | PARTIAL SELL | 8-26 | J | A | |
| 97. GREAT LAKES CHEM CRP (IRA) | A | Dividend | | | SELL | 1-21 | J | | |
| 98. HITACHI LTD ADR NEW JAPAN (IRA) | A | Dividend | J | T | BUY | 2-4 | J | | |
| 99. LOEWS CORP (IRA) | A | Dividend | J | T | | | | | |
| 100. MATSUSHITA ELEC IND ADR (IRA) | A | Dividend | J | T | | | | | |
| 101. MITSUBISHI TOKYO FINANCIAL ADR (IRA) | A | Dividend | J | T | | | | | |
| 102. MOTOROLA INC (IRA) | A | Dividend | | | SELL | 2-17 | J | A | |
| 103. NIPPON TELEG & TEL CORP ADR (IRA) | A | Dividend | J | T | | | | | |
| 104. PETROLEO BRASILEIRO SA (IRA) | A | Dividend | J | T | | | | | |
| 105. ALTRIA GROUP INC (IRA) | A | Dividend | J | T | | | | | |
| 106. REPSOL YPF SA SPON ADR (IRA) | A | Dividend | | | SELL | VAR | J | A | |
| 107. SBC COMMUNICATIONS INC (IRA) | A | Dividend | J | T | | | | | |
| 108. SCHERING PLOUGH CORP (IRA) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. SHERWIN WILLIAMS CO (IRA) | | None | | | SELL | 1-21 | J | A | |
| 110. TELEBRAS TELECOMUNICA BRASILEIRAS SA ADR (IRA) | A | Dividend | J | T | | | | | |
| 111. TELEFONICA S A SPON ADR (IRA) | A | Dividend | J | T | | | | | |
| 112. TELEFONOS DE MEXICO S A ADR (IRA) | A | Dividend | J | T | | | | | |
| 113. MILLEA HOLDINGS INC ADR (IRA) | A | Dividend | J | T | PARTIAL SELL | 4-5 | J | A | |
| 114. UST INC (IRA) | A | Dividend | | | SELL | VAR | J | A | |
| 115. VERIZON COMMUNICATIONS (IRA) | A | Dividend | J | T | | | | | |
| 116. XEROX CORP (IRA) | | None | J | T | PARTIAL SELL | 3-2 | J | A | |
| 117. UBS CASH RESERVES FUND (IRA) | A | Dividend | J | T | | | | | |
| 118. AMER INTL GROUP INC (IRA) | A | Dividend | | | SELL | 10-20 | J | | |
| 119. CHEVRONTEXACO CORP (IRA) | A | Dividend | | | BUY | VAR | J | | |
| 120. | | | | | SELL | 12-15 | J | A | |
| 121. CITIGROUP INC (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 122. EXXON MOBIL CORP (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 123. GENL DYNAMICS CORP (IRA) | A | Dividend | | | SELL | 11-15 | J | A | |
| 124. GENL ELECTRIC CO (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 125. JOHNSON & JOHNSON COM (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 126. MARSH & MCLENNAN COS INC (IRA) | A | Dividend | | | SELL | 10-18 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less; B = $3,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

3. Value Method Codes: (See Column C2) Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market; U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. MBNA CORP (IRA) | A | Dividend | | | SELL | 4-28 | J | A | |
| 128. MICROSOFT CORP (IRA) | A | Dividend | | | SELL | 3-22 | J | | |
| 129. PFIZER INC (IRA) | A | Dividend | | | SELL | 9-22 | J | | |
| 130. CONOCO PHILLIPS (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 131. UNTD TECHNOLOGIES CORP (IRA) | A | Dividend | | | SELL | 11-29 | J | A | |
| 132. VIACOM INC B NON VTG (IRA) | A | Dividend | | | SELL | 12-15 | J | | |
| 133. ALLIANCE CAP. MGT. HLDG. LP | ∎ | Distribution | K | T | | | | | |
| 134. FOREST LABS COM STOCK | | None | L | T | BUY | 10-26 | K | | |
| 135. | | | | | PARTIAL SELL | 2-20 | L | E | |
| 136. TYCO INT'L COM STOCK | A | Dividend | K | T | PARTIAL SELL | 2-23 | J | | |
| 137. CARDINAL HEALTH INC COM STOCK | A | Dividend | | | SELL | 7-27 | J | | |
| 138. CHEVRON TEXACO CORP COM STOCK | A | Dividend | J | T | | | | | |
| 139. HOME DEPOT INC COM STOCK | A | Dividend | J | T | | | | | |
| 140. LAUDER ESTEE COS CL A COM STOCK | A | Dividend | J | T | | | | | |
| 141. MARSH & MCLENNAN COS INC. COM STOCK | A | Dividend | | | SELL | 6-17 | J | | |
| 142. AFLAC INC COM STOCK | A | Dividend | J | T | | | | | |
| 143. BED BATH & BEYOND INC. COM STOCK | | None | J | T | | | | | |
| 144. CITIGROUP INC COM STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. DELL COMPUTER CORP COM STOCK | | None | J | T | BUY | VAR | J | | |
| 146. COCA COLA CO COM STOCK | | None | | | SELL | 3-8 | J | | |
| 147. FIRST DATA CORP COM STOCK | A | Dividend | | | SELL | VAR | J | A | |
| 148. LOWES COMPANIES INC COM STOCK | A | Dividend | J | T | | | | | |
| 149. MARSH & MCLENNAN COS INC COM STOCK | A | Dividend | | | SELL | 9-3 | J | A | |
| 150. PROCTER & GAMBLE CO COM STOCK | A | Dividend | J | T | | | | | |
| 151. UNITED PARCEL SERVICE INC CL B COM STOCK | A | Dividend | | | SELL | VAR | J | A | |
| 152. UNITED HEALTH GROUP INC COM STOCK | A | Dividend | J | T | PARTIAL SELL | 11-2 | J | A | |
| 153. 3M CO COM STOCK | A | Dividend | J | T | PARTIAL SELL | 7-20 | J | A | |
| 154. BAYERISCHE HYPOTHEKEN UND SPON ADR (IRA) | | None | J | T | | | | | |
| 155. BELLSOUTH CORP COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 156. BRISTOL MYERS SQUIBB CO COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 157. DUKE ENERGY CORP COM STOCK (IRA) | A | Dividend | | | SELL | VAR | J | A | |
| 158. FORD MOTOR CO NEW COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 159. GLAXO SMITH KLINE PLC ADR (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 160. JP MORGAN CHASE & CO COM STOCK (IRA) | A | Dividend | J | T | PARTIAL SELL | 9-14 | J | A | |
| 161. KROGER COMPANY COM STOCK (IRA) | | None | J | T | BUY | 12-15 | J | | |
| 162. KT CORP SPON ADR (IRA) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. LUCENT TECHNOLOGIES INC COM STOCK (IRA) | | None | | | SELL | 1-16 | J | A | |
| 164. MICRON TECHNOLOGY INC COM STOCK (IRA) | | None | | | SELL | 4-5 | J | A | |
| 165. SAFEWAY INC COM STOCK (IRA) | | None | J | T | BUY | 2-3 | J | | |
| 166. SUMITOMO MITSUI FINANCIAL (formerly BANKING) CORP ADR (IRA) | A | Dividend | J | T | | | | | |
| 167. CISCO SYS INC COM STOCK (IRA) | | None | | | BUY | 9-14 | J | | |
| 168. | | | | | SELL | VAR | J | A | |
| 169. CARDINAL HEALTH INC COM STOCK (IRA) | A | Dividend | | | SELL | 1-23 | J | | |
| 170. HEWLETT PACKARD CO COM STOCK (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 171. NEXTEL COMMUNICATIONS INC Cl A (IRA) | | None | | | SELL | 1-12 | J | A | |
| 172. PROCTER & GAMBLE CO COM STOCK (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 173. SOUTHWEST AIRLINES CO COM STOCK (IRA) | A | Dividend | | | SELL | 12-15 | J | | |
| 174. TARGET CORP COM STOCK (IRA) | A | Dividend | | | SELL | 7-8 | J | A | |
| 175. KIMBERLY CLARK DE MEXICO ADR | B | Dividend | K | T | | | | | |
| 176. ACE LTD BERMUDA ORD | A | Dividend | J | T | | | | | |
| 177. BECTON DICKINSON & CO COM STOCK | A | Dividend | J | T | | | | | |
| 178. DEVON ENERGY CORP NEW COM STOCK | A | Dividend | J | T | | | | | |
| 179. HCA INC COM STOCK | A | Dividend | | | SELL | 10-13 | J | | |
| 180. MBNA CORP COM STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. MICROSOFT CORP COM STOCK | A | Dividend | J | T | | | | | |
| 182. TARGET CORP COM STOCK | A | Dividend | J | T | | | | | |
| 183. WASH MUTUAL INC COM STOCK | A | Dividend | | | SELL | VAR | J | | |
| 184. ANHEUSER BUSCH COS INC COM STOCK | A | Dividend | J | T | BUY | 3-3 | J | | |
| 185. GANNETT CO COM STOCK | A | Dividend | J | T | | | | | |
| 186. GOLDMAN SACHS GROUP INC COM STOCK | A | Dividend | | | SELL | VAR | J | A | |
| 187. INTEL CORP COM STOCK | A | Dividend | J | T | | | | | |
| 188. KOHLS CORP COM STOCK | | None | | | SELL | 2-13 | J | | |
| 189. MORGAN STANLEY COM STOCK | A | Dividend | J | T | | | | | |
| 190. AMER INTL GROUP INC COM STOCK (IRA) | A | Dividend | L | T | | | | | |
| 191. UBS BANK USA DEP A/C (IRA) | A | Interest | L | T | | | | | |
| 192. ALBERTSONS INC COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 193. DAIMLERCHRYSLER AG ORD (IRA) | A | Dividend | J | T | | | | | |
| 194. EL PASO CORP COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 195. ELECTRONIC DATA SYS CORP NEW COM STOCK (IRA) | A | Dividend | J | T | PARTIAL SELL | 11-30 | J | A | |
| 196. ING GROEP NV NL SPON ADR (IRA) | A | Dividend | J | T | | | | | |
| 197. KONINKLIJKE AHOLD NV NEW SPON ADR (IRA) | | None | J | T | | | | | |
| 198. MARKS & SPENCER GROUP INC SPON ADR (IRA) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. MERCK & CO COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 200. NESTLE SA SPONSORED ADR (IRA) | A | Dividend | J | T | | | | | |
| 201. TELECOM ITALIA SPA (IRA) | A | Dividend | J | T | | | | | |
| 202. TENET HEALTHCARE CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 203. UNILEVER NV NY SHS NEW (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 204. VOLKSWAGEN AG SPONS ADR (IRA) | A | Dividend | J | T | | | | | |
| 205. ABBOTT LABS COM STOCK (IRA) | A | Dividend | | | BUY | 4-29 | J | | |
| 206. | | | | | SELL | 12-15 | J | A | |
| 207. BANK OF NY CO INC COM STOCK (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 208. COCA COLA CO COM STOCK (IRA) | A | Dividend | | | BUY | 1-12 | J | | |
| 209. | | | | | SELL | 7-29 | J | | |
| 210. CVS CORP COM STOCK (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 211. DANAHER CORP COM STOCK (IRA) | A | Dividend | | | SELL | 4-30 | J | A | |
| 212. DEVON ENERGY CORP NEW COM STOCK (IRA) | A | Dividend | | | SELL | 8-30 | J | A | |
| 213. EMC CORP MASS COM STOCK (IRA) | | None | | | SELL | VAR | J | A | |
| 214. INTL BUSINESS MACH COM STOCK (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 215. JP MORGAN CHASE COM STOCK (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 216. LOWES COMPANIES COM STOCK (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. OMNICOM GROUP COM STOCK (IRA) | A | Dividend | | | BUY | 3-17 | J | | |
| 218. | | | | | SELL | 12-15 | J | | |
| 219. ST PAUL COMPANIES COM STOCK (IRA) | A | Dividend | | | BUY | 1-8 | J | | |
| 220. | | | | | SELL | 10-20 | J | | |
| 221. TIME WARNER INC COM STOCK (IRA) | | None | | | SELL | 12-15 | J | A | |
| 222. US BANCORP DEL (NEW) COM STOCK (IRA) | A | Dividend | | | SELL | 12-15 | J | A | |
| 223. AMAZON.COM COM STOCK | | None | K | T | BUY | 4-5 | K | | |
| 224. BANK OF AMER CORP COM STOCK | B | Dividend | K | T | BUY | 3-19 | K | | |
| 225. CALAMOS STRATEGIC TOTAL RETURN FUND | A | Dividend | K | T | BUY | 3-25 | K | | |
| 226. KAYNE ANDERSON MLP INVESTMENT | B | Interest | K | T | BUY | 12-14 | L | | |
| 227. NASDAQ 100 SHARES | A | Dividend | K | T | BUY | 3-19 | K | | |
| 228. FANNIE MAE COM STOCK | A | Dividend | | | BUY | 3-19 | K | | |
| 229. | | | | | SELL | 9-27 | K | | |
| 230. AMER INTL GROUP INC COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 231. BP PLC SPON ADR | | None | J | T | BUY | 12-7 | J | | |
| 232. COMCAST CORP COM STOCK | | None | J | T | BUY | VAR | J | | |
| 233. CVS CORP COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 234. DELL INC COM STOCK (X) | | None | J | T | | | | | |



1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. INTEL CORP COM STOCK | | None | J | T | BUY | 12-17 | J | | |
| 236. BANK OF NY CORP COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 237. LILLY ELI & CO COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 238. MEDCO HEALTH SOLUTIONS COM STOCK | | None | J | T | BUY | VAR | J | | |
| 239. OMNICOM GROUP COM STOCK | A | Dividend | J | T | BUY | 5-18 | J | | |
| 240. WELLS FARGO & CO COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 241. CORNING INC COM STOCK (IRA) | | None | K | T | BUY | 1-30 | K | | |
| 242. FOREST LABORATORIES COM STOCK (IRA) | | None | K | T | BUY | 3-19 | K | | |
| 243. FREESCALE SEMICONDUCTOR INC COM STOCK (IRA) | | None | J | T | SPIN OFF | 12-2 | J | | |
| 244. USTARCOM. INC COM STOCK (IRA) | | None | J | T | BUY | 1-30 | K | | |
| 245. ABN AMRO HLDG NV SPONS NETHERLANDS ADR (IRA) | A | Dividend | J | T | BUY | 4-7 | J | | |
| 246. AEGON NV ADR NY SHS NETHERLANDS (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 247. AKZO NOBEL NV ADR (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 248. BANCO SANTANDER CENTRAL HISPANO S.A. SPON ADR (IRA) | A | Dividend | J | T | BUY | 3-1 | J | | |
| 249. DEUTSCHE TELEKOM AG DE (IRA) (X) | | None | J | T | | | | | |
| 250. FRANCE TELECOM S A SPON ADR (IRA) | A | Dividend | J | T | BUY | 9-20 | J | | |
| 251. FUJI PHOTO FILM ADR NEW JAPAN (IRA) | A | Dividend | J | T | BUY | 4-14 | J | | |
| 252. GENL MOTORS CORP COM STOCK (IRA) | A | Dividend | J | T | BUY | 12-8 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. HEINEKEN NV ADR NETHERLANDS (IRA) | A | Dividend | J | T | BUY | 3-17 | J | | |
| 254. HEWLETT PACKARD CO COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 255. J. SAINSBURY PLC SPON ADR (IRA) | A | Dividend | J | T | BUY | 3-18 | J | | |
| 256. LUKOIL OIL SPON ADR (IRA) | A | Dividend | J | T | BUY | 1-22 | J | | |
| 257. PFIZER INC COM STOCK (IRA) | A | Dividend | J | T | BUY | 10-18 | J | | |
| 258. PORTUGAL TELECOM SGPS SA ADR (IRA) | A | Dividend | J | T | BUY | 2-17 | J | | |
| 259. TOYS R US COM STOCK (IRA) (X) | | None | J | T | | | | | |
| 260. ZURICH FINANCIAL SVCS (IRA) (X) | | None | J | T | | | | | |
| 261. CEMEX S A SPONS ADR (IRA) | A | Dividend | | | BUY | 1-26 | J | | |
| 262. | | | | | SELL | 12-01 | J | A | |
| 263. REUTERS GROUP PLC (IRA) (X) | | None | | | SELL | 2-18 | J | A | |
| 264. BEST BUY CO COMMON STOCK (IRA) | A | Dividend | | | BUY | VAR | J | | |
| 265. | | | | | SELL | 12-15 | J | A | |
| 266. BIOGEN IDEC COMMON STOCK (IRA) | | None | | | BUY | 1-16 | J | | |
| 267. | | | | | SELL | 5-4 | J | A | |
| 268. CIGNA CORP COMMON STOCK (IRA) | A | Dividend | | | BUY | VAR | J | | |
| 269. | | | | | SELL | 12-15 | J | A | |
| 270. EASTMAN KODAK CO COMMON STOCK (IRA) | A | Dividend | | | BUY | VAR | J | | |

1. Income/Gain Codes:
(See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:
(See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes
(See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from pa or disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | SELL | 12-15 | J | A | |
| 272. ECHOSTAR COMMUNICATION COMMON STOCK (IRA) | A | Dividend | | | BUY | 11-18 | J | | |
| 273. | | | | | SELL | 12-15 | J | | |
| 274. FISERV INC COMMON STOCK (IRA) | | None | | | BUY | VAR | J | | |
| 275. | | | | | SELL | 12-15 | J | A | |
| 276. FOREST LABORATORIES COMMON STOCK (IRA) | | None | | | BUY | VAR | J | | |
| 277. | | | | | SELL | 12-15 | J | A | |
| 278. GOLDMAN SACHS GROUP COMMON STOCK (IRA) | A | Dividend | | | BUY | VAR | J | | |
| 279. | | | | | SELL | 12-15 | J | A | |
| 280. INTEL CORP COMMON STOCK (IRA) (X) | A | Dividend | | | BUY | 3-24 | J | | |
| 281. | | | | | SELL | 9-8 | J | | |
| 282. JOHNSON & JOHNSON COMMON STOCK (IRA) | A | Dividend | | | BUY | 4-29 | J | | |
| 283. | | | | | SELL | 12-15 | J | A | |
| 284. LUCENT TECHNOLOGIES COMMON STOCK (IRA) | | None | | | BUY | VAR | J | | |
| 285. | | | | | SELL | 7-29 | J | | |
| 286. MCDONALDS CORP COMMON STOCK (IRA) | A | Dividend | | | BUY | VAR | J | | |
| 287. | | | | | SELL | 12-15 | J | A | |
| 288. MOTOROLA CORP COMMON STOCK (IRA) | A | Dividend | | | BUY | VAR | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | SELL | 12-15 | J | A | |
| 290. QUEST DIAGNOSTICS COMMON STOCK (IRA) | A | Dividend | | | BUY | VAR | J | | |
| 291. | | | | | SELL | 12-15 | J | A | |
| 292. TEXAS INSTRUMENTS COMMON STOCK (IRA) | A | Dividend | | | BUY | VAR | J | | |
| 293. | | | | | SELL | 6-24 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEISURE, PETER K | 5/13/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII - Investments and Trusts

1) Assets sold in 2003 have been deleted from this year's report: all assets still on hand at 12/31/03 are listed in the same order as they appeared on last year's report, with the exception of those listed in #2 following.

2) The following assets, with references to the line on which each appeared on the 2003 report, have been deleted on this year's report, since they are now exempt from reporting: Line 25, Vermont Pure Holdings Ltd com stock (IRA), Line 109, BT Group PLC Spon ADR (IRA); Line 132, Unisys Corp (IRA); Line 159, UBS Cash Reserves Fd (IRA); Line 232, Stryker Corp. common stock

3) Line 243, Freescale Semiconductor Inc com stock (IRA) is a spin-off from Motorola Inc (see line. 42)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓

Date 5/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544